UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROYCE ERIC JACKSON,<br><br>    Plaintiff,<br><br>    v.<br><br>LEE ANN CHRONES, et al.,<br><br>    Defendants. | CIV F 04 6397 OWW WMW P<br><br>ORDER GRANTING EXTENSION OF TIME<br>(DOCUMENT #9) |

    Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On April 21, 2005, plaintiff filed a motion to extend time to file an amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

    Plaintiff is granted thirty days from the date of service of this order in which to file an amended complaint.

IT IS SO ORDERED.

**Dated:   May 4, 2005**             /s/  William M. Wunderlich
j14hj0                     UNITED STATES MAGISTRATE JUDGE