1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   TROYCE ERIC JACKSON,            )        1:04-CV-6397 OWW WMW P
                                      )
12        Plaintiff,                  )        ORDER GRANTING EXTENSION OF
                                      )        TIME
13        v.                          )        (DOCUMENT #13)
                                      )
14   LEE ANN CHRONES, et al.,         )
                                      )
15                                    )
          Defendants.                 )
16   _____)

17        Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  On

18   July 20, 2006, plaintiff filed a motion to extend time to file an amended complaint.  Good cause having

19   been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY

20   ORDERED that:

21        Plaintiff is granted thirty days from the date of service of this order in which to file his amended

22   complaint.

23   IT IS SO ORDERED.

24   **Dated:    August 24, 2006**              **/s/  William M. Wunderlich**
     j14hj0                             UNITED STATES MAGISTRATE JUDGEIT IS SO ORDERED.
25
     **Dated:    August 24, 2006**              **/s/  William M. Wunderlich**
26   j14hj0                             UNITED STATES MAGISTRATE JUDGE

27

28