1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT FOR THE

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   TROYCE ERIC JACKSON,                    1:04-cv-06397 OWW WMW (PC)

12         Plaintiff,                        ORDER GRANTING MOTION
                                             TO EXTEND TIME TO FILE THIRD
13         vs.                               AMENDED COMPLAINT

14   LEE ANN CHRONES, et al.,                (DOCUMENT #18)

15         Defendants.                       THIRTY DAY DEADLINE

16   _____/

17         Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. §

18   1983.  On September 14, 2007,  plaintiff filed a motion to extend time to file a third amended

19   complaint.  Good cause having been presented to the court and GOOD CAUSE APPEARING

20   THEREFOR, IT IS HEREBY ORDERED that:

21         Plaintiff is granted thirty (30) days from the date of service of this order in which to file

22   a third amended complaint.

23

24   IT IS SO ORDERED.

25   **Dated:    September 25, 2007**            _____/s/  William M. Wunderlich_____
                                                UNITED STATES MAGISTRATE JUDGE
26

27

28