IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TROYCE ERIC JACKSON,

    Plaintiff,        CV F 04 6397 OWW WMW PC

vs.                     ORDER

LEE ANN CHRONES, et al.,

    Defendants.

On March 12, 2008, findings and recommendations were entered, recommending dismissal of this action for Plaintiff's failure to comply with the order dismissing Plaintiff's third amended complaint and granting Plaintiff leave to file a fourth amended complaint. On March 17, 2008, Plaintiff filed a fourth amended complaint. Accordingly, IT IS HEREBY ORDERED that the March 12, 2008, recommendation of dismissal is vacated.

IT IS SO ORDERED.

**Dated:   March 26, 2008**　　　　　　　　　　/s/  William M. Wunderlich
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1